PROB. 35 (Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 20 PM 2: 30

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.

Mary Lee

Docket # 8:CR90-127

On September 1, 1992, Mary Lee was sentenced to 151 months custody, to be followed by 5 years supervised release. The period of supervised release commenced April 28, 2002. Mary Lee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mary Lee be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2___ day of ___Sept___, 2005.

The Honorable Joseph F. Bataillon
Chief United States District Judge